[No. 8245-1-I.   Division One.   February 23, 1981.]

EDITH M. BORJESSAN, *Appellant,* v. LEGAL MESSENGERS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 848415, Nancy A. Holman, J., entered November 7, 1979. *Reversed* and *remanded* by unpublished

opinion per Corbett, J., concurred in by Ringold, A.C.J., and Andersen, J.